"UNDER SEAL"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:21cr 82-FDW |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| BIKRAMJIT AHLUWALIA et al. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed, to protect the secrecy of the prosecution and ongoing nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17 day of March, 2021

_____
UNITED STATES MAGISTRATE JUDGE