UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | DOCKET NO.: 3:21-CR-82-FDW-SCR |
| **v.** ) | |
| ) | |
| **(1) BIKRAMJIT AHLUWALIA,** ) | **Under Seal** |
| **(2) ANDREW BROLESE** ) | |
| ) | |

## **ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Limited Unsealing Of The Bill of Indictment And Arrest Warrants To Provide To Foreign Law Enforcement In Aid Of The Apprehension Of The Defendants" filed May 15, 2024 (Doc. No. 9). Having carefully considered the motion and the record, the undersigned with grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion For Limited Unsealing Of The Bill of Indictment And Arrest Warrants To Provide To Foreign Law Enforcement In Aid Of The Apprehension Of The Defendants" is **GRANTED**. The Bill of Indictment and arrest warrants for Bikramjit Ahluwalia and Andrew Brolese in this matter and the information contained therein will be unsealed for the limited purpose of assisting domestic and foreign law enforcement, prosecutors, and judicial authorities with and in connection to the performance of their official duties, specifically, the arrest and extradition of the defendants. The United States shall be permitted to disclose the Bill of Indictment and the Arrest Warrants to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States. For all other purposes, the Bill of Indictment and the Arrest Warrants in this case shall remain sealed at this

time.

**SO ORDERED.**

Signed: May 20, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge