# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:21-CR-82-FDW-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE INDICTMENT** |
| BIKRAMJIT AHLUWALIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOW COMES** Defendant Bikramjit Ahluwalia ("Defendant"), by and through undersigned counsel, and hereby moves this Court to continue the Bill of Indictment calendared for January 5, 2026, in the above-captioned case. In support of the same, Defendant offers to the Court as follows:

1.     Defendant was indicted under seal on or about March 17, 2021, for alleged violations of 18 U.S.C. § 1343, 1349, 2326, 371, and 1956(h). Defendant was extradited into the United States and arraigned on March 7, 2025. Defendant entered a plea of Not Guilty.

2.     The United States and Defendant entered into a plea agreement to a Bill of Information based on violations predicated on the same conduct in the Bill of Indictment. The Bill of Information was filed on October 21, 2025. On November 21, 2025, the Court accepted Defendant's guilty plea to the Bill of Information. As part of the plea agreement, the United States agreed to dismiss the Bill of Indictment when Defendant is sentenced pursuant to the Bill of Information.

3.     This motion is made in good faith and not for the purposes of delay.

4.     Assistant United States Attorney Matthew Warren has been consulted regarding the Government's position and does not oppose this motion.

**Wherefore**, the undersigned respectfully moves the Court for the entry of an Order continuing the indictment in the above-captioned matter from the January 5, 2026 term to reschedule this matter for a future available trial term of this Court, on or after March 31, 2026 or a date subsequent to the Defendant's sentencing hearing on the Bill of Information.

Respectfully submitted this 1st day of December, 2025.

/s/ Brian S. Cromwell
Brian S. Cromwell, NCSB#: 23488

**PARKER POE ADAMS & BERNSTEIN  LLP**
Bank of America Tower
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Email: briancromwell@parkerpoe.com

Holly A. Pierson
**Pierson Law LLC**
**GASB#579655**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (404) 353-2316
Fax: (470) 729-7018
Email: hpierson@piersonlawllc.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*