**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-82-FDW-SCR**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | **DEFENDANT'S MOTION TO** |
| v. ) | **CONTINUE STATUS CONFERENCE** |
| ) | **AND DOCKET CALL** |
| BIKRAMJIT AHLUWALIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOW COMES** Defendant Bikramjit Ahluwalia ("Defendant"), by and through undersigned counsel, and hereby moves this Court to continue the status conference calendared for February 20, 2026 and the docket call calendared for March 2, 2026 in the above-captioned case. In support of the same, Defendant offers to the Court as follows:

1.      Defendant was indicted under seal on or about March 17, 2021, for alleged violations of 18 U.S.C. § 1343, 1349, 2326, 371, and 1956(h). Defendant was extradited into the United States and arraigned on March 7, 2025. Defendant entered a plea of Not Guilty.

2.      The United States and Defendant entered into a plea agreement to a Bill of Information based on violations predicated on the same conduct in the Bill of Indictment. The Bill of Information was filed on October 21, 2025. On November 21, 2025, the Court accepted Defendant's guilty plea to the Bill of Information. As part of the plea agreement, the United States agreed to dismiss the Bill of Indictment when Defendant is sentenced pursuant to the Bill of Information.

3.      Given that the United States has agreed to dismiss the Bill of Indictment at sentencing, and in the interests of judicial economy, Defendant does not believe a status conference or docket call are necessary.

4.   This motion is made in good faith and not for the purposes of delay.

5.   Assistant United States Attorney Matthew Warren has been consulted regarding the Government's position and does not oppose this motion.

**Wherefore**, the undersigned respectfully moves the Court for the entry of an Order continuing the status conference in the above-captioned matter from February 20, 2026 and the docket call in the above-captioned matter from March 2, 2026, until June 30, 2026, or, until the sentencing on the Information, whichever occurs sooner.

Respectfully submitted this 18th day of February, 2026.

/s/ Brian S. Cromwell
Brian S. Cromwell, NCSB#: 23488

**PARKER POE ADAMS & BERNSTEIN  LLP**
Bank of America Tower
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Email: briancromwell@parkerpoe.com

Holly A. Pierson
**Pierson Law LLC**
**GASB#579655**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (404) 353-2316
Fax: (470) 729-7018
Email: hpierson@piersonlawllc.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*